UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL SWEET,<br>    Petitioner,<br><br>-v-<br><br>BONITA HOFFNER,<br>    Respondent. | No. 1:13-cv-1035<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having denied the petition for habeas corpus, as required by Federal Rule of Civil Procedure 58, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: November 25, 2013                  /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              Chief United States District Judge